```
 1
 2
 3
 4
 5
 6
 7
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CECIL JEROME HATCHETT,

       Petitioner,                        No. 2:09-cv-1575 JFM (HC)

    vs.

GONZALEZ,

       Respondent.                     ORDER

                             /

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

          In addition, petitioner has failed to file his petition on the court's form and to provide all the information the court needs to review his claim(s).[1] See Rule 2(c), Rules

---

[1] Petitioner is reminded that he must name the proper person as respondent. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).

1

Governing § 2254 Cases. Accordingly, petitioner will be dismissed with leave to amend. Petitioner may ask the court to consider the June 8, 2009 filing as an attachment to his petition.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend;

3. Within thirty days from the date of this order, petitioner shall complete the attached Notice of Amendment and submit the following documents to the court:

    a. The completed Notice of Amendment;

    b. An original and one copy of the completed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; and

    c. An original and one copy of the Amended Petition.

4. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

5. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and the court's form for application for writ of habeas corpus.

DATED: June 23, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001;hatc1575.114

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CECIL JEROME HATCHETT,

    Petitioner,                                  No. 2:09-cv-1575 JFM (HC)

    vs.

GONZALEZ,                                     NOTICE OF AMENDMENT

    Respondent.

_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

    _____        IFP Affidavit or Filing Fee

    _____        Amended Petition

DATED:


                                              _____
                                              Petitioner