IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CECIL JEROME HATCHETT,

    Petitioner,        No. 2:09-cv-1575 JFM (HC)

    vs.

FERNANDO GONZALEZ,

    Respondent.        <u>ORDER</u>

                                 /

        On June 29, 2009, petitioner consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). On July 31, 2009, respondent filed a motion to dismiss. However, by order filed July 28, 2009, this action was dismissed without prejudice. Accordingly, respondent's motion is moot and will be denied.

        IT IS HEREBY ORDERED that respondent's July 31, 2009 motion to dismiss (docket no. 12) is denied.

DATED: August 10, 2009.

                                                UNITED STATES MAGISTRATE JUDGE

/001; hatc1575.mtd

1